UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM R. FRY (1),<br>GERONIMO RUBIO (2),<br><br>Defendants. | Criminal Case No. 04CR1276-JAH<br><br>ORDER TO CORRECT THE JUDGMENT ORDERS FOR CLERICAL ERROR PURSUANT TO FED. R. CRIM. P. 36 |

UPON CONSIDERATION of the parties' Joint Motion to Correct the Judgment Orders for Clerical Error Pursuant to Rule 36, IT IS HEREBY ORDERED that the Clerk of the Court make the following corrections to each of the Judgment Orders:

    A.    Defendant Fry's Amended Judgment should be corrected in the following manner:

        1.    The restitution figure to the IRS should be $264,078.

        2.    The total amount of restitution should be $327,315.42 which includes the full health care fraud restitution amount of $63,237.42.

    B.    Defendant Rubio's Judgment should be corrected in the following manner:

        1.    The restitution figure to the IRS should be $306,311.

        2.    The total amount of restitution should be $369,548.42 which includes the full health care fraud restitution amount of $63,237.42.

1     Each Judgment should include language that the two defendants are only jointly and severally liable for the $63,237.42 which is the agreed-upon health care fraud restitution amount.

    Each defendant is individually responsible for their remaining unpaid taxes:

Fry - $264,078

Rubio - $306,311

    The Clerk of the Court is directed to forward restitution payment to the IRS at:

IRS-RACS  
Attn: Mail Stop 6261, Restitution  
333 W. Pershing Avenue  
Kansas City, MO 64108

**IT IS SO ORDERED.**

DATED: May 28, 2010

JOHN A. HOUSTON  
United States District Judge